1018

UNITED STATES of America, Appellant, v. Annie Davis McCLELLAN, in Her Own Right and as Administratrix of the Estate of King Davis, Deceased, Appellee.

No. 4347.

Circuit Court of Appeals, Fourth Circuit.

June 6, 1938.

Claud N. Sapp, U. S. Atty., and Robert E. Wilson, Atty., Dept. of Justice, both of Columbia, S. C., and Julius C. Martin, Director, Bureau of War Risk Litigation, of Washington, D. C., for the United States.

W. D. Jenerette, of Mullins, S. C., for appellee.

Appeal dismissed. Consent order filed.

UNITED STATES of America, Plaintiff-Appellee, v. Paul MASSILOTTI et al., Defendants-Appellants.

No. 6543.

Circuit Court of Appeals, Seventh Circuit.

May 26, 1938.

Before SPARKS, MAJOR, and TREANOR, Circuit Judges.

PER CURIAM.

On motion of counsel for appellee, it is now here ordered and adjudged that this appeal be, and it is hereby, dismissed.

UNITED STATES of America, Appellant, v. Mrs. J. L. MEDLIN, Administratrix of the Estate of Lather Hudson, Appellee.

No. 4357.

Circuit Court of Appeals, Fourth Circuit.

June 6, 1938.

J. O. Carr, U. S. Atty., of Wilmington, N. C., and John H. Manning, Asst. U. S. Atty., of Raleigh, N. C., for appellant.

Langston, Allen & Taylor, of Goldsboro, N. C., and A. W. Oakes, Jr., of Weldon, N. C., for appellee.

PER CURIAM.

On motion of appellant cause is docketed on original appeal papers and remanded to District Court, at Wilson, N. C., with directions to vacate its judgment and grant a new trial in accordance with the stipulation of the parties filed herein.

UNITED STATES of America, Appellant, v. Robert J. MEHAN.

No. 11124.

Circuit Court of Appeals, Eighth Circuit.

Feb. 24, 1938.

Richard K. Phelps, Asst. U. S. Atty., of Kansas City, Mo.

John C. Grover and Denton Dunn, both of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal docketed and dismissed without costs to either party in this Court, pursuant to stipulation of parties.